Daniel S. Mount, Esq. (Cal. Bar No. 77517)
William H. Stewart, Esq. (Cal. Bar No. 287782)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com, wstewart@mount.com,
gcherng@mount.com

Counsel for Photoflex, Inc.

United States District Court
Northern District of California

| | |
|---|---|
| Photoflex, Inc.,<br>Plaintiff,<br>vs.<br>Shenzhen Nice Photographic Equipment Company Ltd.,<br>Defendant | Case No.<br>**Complaint for Patent Infringement**<br>**Demand for Jury Trial** |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Complaint**

Plaintiff Photoflex, Inc. ("Photoflex"), in support of its Complaint against Shenzhen Nice Photographic Equipment Company Ltd. ("NiceFoto"), states as follows:

**Parties**

1. Photoflex is a California corporation with its principal place of business at 97 Hangar Way, Watsonville, CA 95076.

2. Upon information and belief, NiceFoto is a Chinese corporation with its principal place of business at 4D, Block 1, 100 Busha Road, Buji, Shenzhen Province, China 518114.

**Jurisdiction and Venue**

3. This action arises out of the Patent Laws of the United States, 35 U.S.C. §§ 1 *et. seq.*

4. This Court has subject matter jurisdiction pursuant 28 U.S.C. §§ 1331 and 1338 (a).

5. This court has personal jurisdiction over NiceFoto because NiceFoto has sold its products, including its infringing products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic. NiceFoto has committed tortious acts (e.g., patent infringement) in this District.

6. Venue is appropriate in this District under 28 U.S.C. § 1391.

**Intradistrict Assignment**

7. This case is appropriate for District-wide assignment under Civil Local Rule 3-2(c) because the claims in this Complaint arise under 35 U.S.C. §§ 1 *et. seq.*, which is codified with the patent statutes.

**Background**

8. On June 12, 2000, U.S. Patent No. 6,076,935 ("the '935 Patent"), which is entitled "Rapid Assembly Photographic Lighting Dome" was issued to Photoflex. A copy of the '935 Patent is attached hereto as Exhibit A. Photoflex has owned the patent throughout the period of NiceFoto's infringement and still owns the patent. Photoflex marks the '935 Patent's number on all Photoflex products that embody the invention claimed in the '935 Patent.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Count 1: NiceFoto's Patent Infringement**

9. Photoflex incorporates by reference all above allegations.

10. NiceFoto has infringed and continues to infringe the '935 Patent, in violation of 35 U.S.C. § 271, by making, using, selling, offering for sale within the United States, or importing into the United States, products that embody the invention claimed in the '935 Patent.

11. NiceFoto and/or NiceFoto's suppliers and/or distributors have been on notice of the existence of the '935 Patent. Upon information and belief, NiceFoto's infringement of the '935 Patent has been willful and deliberate.

12. NiceFoto's past and continued infringement of the '935 Patent has damaged and will damage Photoflex. Photoflex is entitled to recover from NiceFoto damages in an amount to be proven at trial.

13. NiceFoto's acts of infringement have caused and will continue to cause irreparable harm to Photoflex unless and until enjoined by this Court.

**Prayer for Relief**

WHEREFORE, Photoflex prays that this Court enter judgment:

1. Declaring that NiceFoto has infringed the '935 Patent;

2. Declaring that NiceFoto has willfully infringed the '935 Patent, entitling Photoflex to enhanced damages under 35 U.S.C. § 284;

3. Permanently enjoining NiceFoto from infringing the '935 Patent;

4. Awarding Photoflex damages adequate to compensate it for NiceFoto's infringement, but no less than a reasonable royalty, with interest, including pre-judgment and post-judgment interest; and

5. Declaring that this case is an exceptional case under 35 U.S.C. § 285 and that Photoflex is entitled to recover its reasonable attorneys fees;

6. Any such other relief as this Court deems just and proper.

//

//

//

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**DEMAND FOR JURY TRIAL**

Photoflex respectfully demands a jury trial for all issues so triable.

Date: December 23, 2013

*/s/ William H. Stewart*
William H. Stewart
Mount, Spelman & Fingerman, P.C.
Counsel for Photoflex, Inc.